```
ANITA FOSTER RICH              FST NESH FCU                   REGIONS BANK
LAWAYNE DARNELLE RICH          P O BOX 685                    ATTN: BANKRUPTCY
526 VALLEY VIEW DR             PHILADELPHIA, MS 39350         2050 PARKWAY OFFICE CI
PHILADELPHIA, MS 39350                                        HOOVER, AL 35244


THOMAS C. ROLLINS, JR.         HOLLIS COBB ASSOCIATES         REPUBLIC FINANCE
THE ROLLINS LAW FIRM, PLLC     4366 PARK DRIVE                ATTN: BANKRUPTCY
P.O. BOX 13767                 NORCROSS, GA 30093             7031 COMMERCE CIRCLE
JACKSON, MS 39236                                             BATON ROUGE, LA 70809


AKINS & ADAMS                  JPMCB                          SYNCHRONY BANK/AMAZON
108 E JEFFERSON ST             MAILCODE LA4-7100              ATTN: BANKRUPTCY
RIPLEY, MS 38663               700 KANSAS LANE                PO BOX 965060
                               MONROE, LA 71203               ORLANDO, FL 32896


AT&T                           LAB CORP                       SYNCHRONY BANK/LOWES
PO BOX 5087                    P.O. BOX 2240                  ATTN: BANKRUPTCY
CAROL STREAM, IL 60197-5087    BURLINGTON, NC 27216           PO BOX 965060
                                                              ORLANDO, FL 32896


BAPTIST                        MARINER FINANCE                SYNCHRONY BANK/SAMS
P.O. BOX 745336                ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
ATLANTA, GA 30384-5336         8211 TOWN CENTER DRIVE         PO BOX 965060
                               NOTTINGHAM, MD 21236           ORLANDO, FL 32896


CAPITAL ONE                    NORTH MS HEALTH SERVIC         THE MEDICAL STORE
ATTN: BANKRUPTCY               PO BOX 2240                    1911 14TH ST
P.O. BOX 30285                 TUPELO, MS 38803               MERIDIAN, MS 39301
SALT LAKE CITY, UT 84130


CITI CARD/BEST BUY             OCH REGIONAL MEDICAL C         TOWER LOAN
ATTN: BANKRUPTCY               P.O. BOX 1506                  ATTN: BANKRUPTCY
PO BOX 790040                  STARKVILLE, MS 39760-1506      PO BOX 320001
ST LOUIS, MO 36179                                            FLOWOOD, MS 39232


COMENITY BANK                  PROGRESSIVE                    UNITED RESOURCE SYSTEM
ATTN: BANKRUPTCY DEPT          P.O. BOX 31260                 ATTN: BANKRUPTCY
PO BOX 182125                  TAMPA, FL 33631                3501 S TELLER ST
COLUMBUS, OH 43218                                            LAKEWOOD, CO 80235


DILLARDS/CBNA                  RECEIVABLE MANAGEMENT
PO BOX 6497                    ATTN: BANKRUPTCY
SIOUX FALLS, SD 57117          240 EMERY STREET
                               BETHLEHEM, PA 18015
```