**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| IN RE: | Anita Foster Rich | Case No. 25-02656-JAW |
| | LaWayne Darnelle Rich, Debtors | CHAPTER 13 |

## NOTICE OF FILING CHAPTER 13 PLAN AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

The above-named Debtors have filed a *Chapter 13 plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at Thad Cochran U.S. Courthouse, 501 E. Court Street, Suite 2.300, Jackson, MS 39201, on or before December 2, 2025. Copies of the objection must be served on the Trustee, US Trustee, Debtors, and Attorney for Debtors.

Objections to confirmation will be heard and confirmation determined on December 8, 2025, at 10:00 AM in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, MS 39201, unless the court orders otherwise. If no objection is timely filed, the Plan may be confirmed without a hearing.

| | |
|---|---|
| Date: October 23, 2025 | /s/ Thomas C. Rollins, Jr. |
| | *Thomas C. Rollins, Jr., Attorney for Debtor* |

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Anita Foster Rich** | |
| | Full Name (First, Middle, Last) | |
| Debtor 2 | **LaWayne Darnelle Rich** | |
| (Spouse, if filing) | Full Name (First, Middle, Last) | |
| United States Bankruptcy Court for the | **SOUTHERN DISTRICT OF MISSISSIPPI** | |
| Case number: (If known) | | |

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance    12/17

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| | | | |
|---|---|---|---|
| 1.1 | **A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor** | ☑ Included | ☐ Not Included |
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4.** | ☐ Included | ☑ Not Included |
| 1.3 | **Nonstandard provisions, set out in Part 8.** | ☐ Included | ☑ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1    Length of Plan.**

The plan period shall be for a period of __**36**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2    Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __**$160.00**__ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☑ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

**PRR**
**P.O. Box 6048**
**Philadelphia MS 39350-0000**

| | | |
|---|---|---|
| APPENDIX D | Chapter 13 Plan | Page 1 |

| Debtor | **Anita Foster Rich** | Case number | |
|---|---|---|---|
| | **LaWayne Darnelle Rich** | | |

Joint Debtor shall pay _____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

**2.3     Income tax returns/refunds.**

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**Part 3:    Treatment of Secured Claims**

**3.1     Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*
☑ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
*Insert additional claims as needed.*

**3.2     Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one..*

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

☑ Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Regions Bank** | **$2,815.00** | **Savings: Regions** | **$10,000.00** | **$2,815.00** | **10.00%** |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| **Name of creditor** | **Collateral** | **Amount per month** | **Beginning** |
|---|---|---|---|
| -NONE- | | | month |

Debtor **Anita Foster Rich**  Case number
      **LaWayne Darnelle Rich**

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

For vehicles identified in § 3.2: The current mileage is _____

**3.3    Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
    ☑ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4    Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*
    ☑ **None**. *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5    Surrender of collateral.**

*Check one.*
    ☐ **None**. *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
    ☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| Republic Finance | 2015 Jeep Compass 164000 miles |
| Tower Loan | 1996 Honda Accord, 2004 Dodge Durango |
| Tower Loan | Household Goods |

*Insert additional claims as needed.*

---

**Part 4:    Treatment of Fees and Priority Claims**

**4.1    General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2    Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3    Attorney's fees.**

    ☑ No look fee: **4,600.00**

        Total attorney fee charged:   $**4,600.00**

        Attorney fee previously paid:   $**777.00**

        Attorney fee to be paid in plan per confirmation order:   $**3,823.00**

    ☐ Hourly fee: $____. (Subject to approval of Fee Application.)

**4.4    Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
    ☑ **None**. If "None" is checked, the rest of § 4.4 need not be completed or reproduced.

**4.5    Domestic support obligations.**

**Mississippi Chapter 13 Plan**        Page 3

| Debtor | **Anita Foster Rich** | Case number | |
|---|---|---|---|
| | **LaWayne Darnelle Rich** | | |

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

### Part 5: Treatment of Nonpriority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☑ The sum of $ **4,100.93**
☐ _____% of the total amount of these claims, an estimated payment of $____
☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**4,100.20**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2 Other separately classified nonpriority unsecured claims (special claimants).** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

### Part 6: Executory Contracts and Unexpired Leases

**6.1 The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

### Part 7: Vesting of Property of the Estate

**7.1 Property of the estate will vest in the debtor(s) upon entry of discharge.**

### Part 8: Nonstandard Plan Provisions

**8.1 Check "None" or List Nonstandard Plan Provisions**
☑ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

### Part 9: Signatures:

**9.1 Signatures of Debtor(s) and Debtor(s)' Attorney**

*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

| X **/s/ Anita Foster Rich** | X **/s/ LaWayne Darnelle Rich** |
|---|---|
| **Anita Foster Rich** | **LaWayne Darnelle Rich** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **October 21, 2025** | Executed on **October 21, 2025** |
| **526 Valley View Dr** | **526 Valley View Dr** |
| Address | Address |
| **Philadelphia MS 39350-0000** | **Philadelphia MS 39350-0000** |
| City, State, and Zip Code | City, State, and Zip Code |
| Telephone Number | Telephone Number |

X **/s/ Thomas C. Rollins, Jr.**     Date **October 21, 2025**

Debtor **Anita Foster Rich**　　　　　　　　　　　　　　　　Case number
　　　　**LaWayne Darnelle Rich**

**Thomas C. Rollins, Jr. 103469**
Signature of Attorney for Debtor(s)
**P.O. Box 13767**
**Jackson, MS 39236**
Address, City, State, and Zip Code

**601-500-5533**　　　　　　　　　　　　　　　　　　　**103469 MS**
Telephone Number　　　　　　　　　　　　　　　　　　MS Bar Number

**trollins@therollinsfirm.com**
Email Address

**Mississippi Chapter 13 Plan**　　　　　　　　　　　　　　　　　　　Page 5

## **CERTIFICATE OF SERVICE**

    I, Thomas C. Rollins, Jr., attorney for the Debtors, do herby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following partied to be served electronically via ECF:

    Case Trustee
    Office of the US Trustee

    I certify that I have this day served a true and correct copy of the attached Notice and Chapter 13 Plan by US Mail[1], postage prepaid, to the following creditor(s) listed in Sections 3.2 and/or 3.4 of the Plan pursuant to Fed. R. Bankr. P. 7004:

    Regions Bank
    c/o CEO/President
    1900 5th Avenue North
    Birmingham, AL 35203

    I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Date: October 23, 2025                    /s/ Thomas C. Rollins, Jr.
                                              *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

---

[1] If the creditor is an insured depository institution, service has been made by certified mail.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>ANITA FOSTER RICH<br>LAWAYNE DARNELLE RICH | CASE NO: 25-02656-JAW<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 10/23/2025, I did cause a copy of the following documents, described below,

Notice and Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/23/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>ANITA FOSTER RICH<br>LAWAYNE DARNELLE RICH | CASE NO: 25-02656-JAW<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 10/23/2025, a copy of the following documents, described below,

Notice and Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/23/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
CERTIFIED 95890710527026528151 21        CASE INFO                              EXCLUDE

REGIONS BANK                              LABEL MATRIX FOR LOCAL NOTICING       US BANKRUPTCY COURT
CO CEOPRESIDENT                          NCRS ADDRESS DOWNLOAD                  THAD COCHRAN US COURTHOUSE
1900 5TH AVENUE NORTH                    CASE 25-02656-JAW                      501 E COURT STREET
BIRMINGHAM AL 35203                      SOUTHERN DISTRICT OF MISSISSIPPI       SUITE 2300
                                         THU OCT 23 6-56-43 PST 2025            JACKSON  MS 39201-5036




ATT                                      AKINS   ADAMS                          BAPTIST
PO BOX 5087                              108 E JEFFERSON ST                     PO BOX 745336
CAROL STREAM  IL 60197-5087              RIPLEY  MS 38663-2016                  ATLANTA  GA 30384-5336




CAPITAL ONE                              CITI CARDBEST BUY                      COMENITY BANK
ATTN BANKRUPTCY                          ATTN BANKRUPTCY                        ATTN BANKRUPTCY DEPT
PO BOX 30285                             PO BOX 790040                          PO BOX 182125
SALT LAKE CITY  UT 84130-0285            ST LOUIS  MO 63179-0040                COLUMBUS  OH 43218-2125




DILLARDSCBNA                             FST NESH FCU                           HOLLIS COBB ASSOCIATES
PO BOX 6497                              P O BOX 685                            4366 PARK DRIVE
SIOUX FALLS  SD 57117-6497               PHILADELPHIA  MS 39350-0685            NORCROSS  GA 30093-2959




JPMCB                                    (P)LABORATORY CORPORATION OF AMERICA   MARINER FINANCE
MAILCODE LA47100                         ATTN GOVERNMENT AUDITS                 ATTN BANKRUPTCY
700 KANSAS LANE                          PO BOX 2270                            8211 TOWN CENTER DRIVE
MONROE  LA 71203-4774                    BURLINGTON NC 27216-2270               NOTTINGHAM  MD 21236-5904




NORTH MS HEALTH SERVIC                   OCH REGIONAL MEDICAL C                 PROGRESSIVE
PO BOX 2240                              PO BOX 1506                            PO BOX 31260
TUPELO  MS 38803-2240                    STARKVILLE  MS 39760-1506              TAMPA  FL 33631-3260




RECEIVABLE MANAGEMENT                    REGIONS BANK                           (P)REPUBLIC FINANCE LLC
ATTN BANKRUPTCY                          ATTN BANKRUPTCY                        282 TOWER RD
240 EMERY STREET                         2050 PARKWAY OFFICE CI                 PONCHATOULA LA 70454-8318
BETHLEHEM  PA 18015-1980                 HOOVER  AL 35244-1805




SYNCHRONY BANKAMAZON                     SYNCHRONY BANKLOWES                    SYNCHRONY BANKSAMS
ATTN BANKRUPTCY                          ATTN BANKRUPTCY                        ATTN BANKRUPTCY
PO BOX 965060                            PO BOX 965060                          PO BOX 965060
ORLANDO  FL 32896-5060                   ORLANDO  FL 32896-5060                 ORLANDO  FL 32896-5060




THE MEDICAL STORE                        (P)TOWER LOAN                          UNITED RESOURCE SYSTEM
1911 14TH ST                             P O BOX 320001                         ATTN BANKRUPTCY
MERIDIAN  MS 39301-4145                  FLOWOOD MS 39232-0001                  3501 S TELLER ST
                                                                                LAKEWOOD  CO 80235-2011
```

```
                                        DEBTOR                                          EXCLUDE
UNITED STATES TRUSTEE                   ANITA FOSTER RICH                               HAROLD J BARKLEY JR
501 EAST COURT STREET                   526 VALLEY VIEW DR                              PO BOX 4476
SUITE 6-430                             PHILADELPHIA   MS 39350-2040                    JACKSON  MS 39296-4476
JACKSON  MS 39201-5022



                                        EXCLUDE

LAWAYNE DARNELLE RICH                   THOMAS CARL ROLLINS JR
526 VALLEY VIEW DR                      THE ROLLINS LAW FIRM  PLLC
PHILADELPHIA   MS 39350-2040            PO BOX 13767
                                        JACKSON  MS 39236-3767
```