Certificate Number: 17082-MSS-DE-040319087

Bankruptcy Case Number: 25-02656



17082-MSS-DE-040319087

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 15, 2025, at 8:46 o'clock AM MST, LAWAYNE D RICH completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   November 17, 2025         By:    /s/Boglarka Brown

                                  Name:  Boglarka Brown

                                  Title: Certified Credit Counselor