**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:  CHAPTER 13 NO.:

ANITA FOSTER RICH
LAWAYNE DARNELLE RICH  25 – 02656 – JAW

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Objection to Confirmation of the Debtors' Chapter 13 Plan; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. The Debtors filed a Chapter 13 Petition on October 21, 2025, and a 341(a) Meeting of Creditors was held on November 18, 2025.

2. Upon information and belief, this plan has not been filed in good faith.

3. That, Debtors propose to pay Regions Bank a secured claim in Part 3.2 with the collateral listed as a non-exempt savings account. Said creditor filed its claim as unsecured. Debtors' plan should be modified to treat the claim as unsecured and the funds originally proposed to pay said creditor's secured claim should be used to pay an increased distribution to unsecured creditors or confirmation should be denied and this case dismissed.

4. The Trustee hereby objects to any amended plan filed hereafter.

5. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and at a hearing hereon confirmation be denied and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated: November       19      , 2025

Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161  FAX: 601/362-8826
EMAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

        I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Anita Foster Rich
Lawayne Darnelle Rich
526 Valley View Drive
Philadelphia, MS  39350

Regions Bank
Post Office Box 10063
Birmingham, AL  35202

Regions Bank
Post Office Box 11407
Birmingham, AL  35246

Dated:   November      19     , 2025

                                              /s/Harold J. Barkley, Jr.
                                              HAROLD J. BARKLEY, JR.