# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Anita Foster Rich                               Case No. 25-02656-JAW
         LaWayne Darnelle Rich, Debtors                  CHAPTER 13

## NOTICE

Debtors have filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to Modify the plan, or if you want the court to consider your views on the Plan, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Plan and may enter an order granting that relief, which shall confirm this Modified Plan.

Date: November 25, 2025            Signature:   /s/ Thomas C. Rollins, Jr.
                                                Thomas C. Rollins, Jr. (MSBN 103469)
                                                Jennifer Ann Curry Calvillo (MSBN 104367)
                                                The Rollins Law Firm, PLLC
                                                P.O. Box 13767
                                                Jackson, MS 39236

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Anita Foster Rich** |
| | Full Name (First, Middle, Last) |
| Debtor 2 | **LaWayne Darnelle Rich** |
| (Spouse, if filing) | Full Name (First, Middle, Last) |
| United States Bankruptcy Court for the | **SOUTHERN DISTRICT OF MISSISSIPPI** |
| Case number: | **25-02656** |
| (If known) | |

☑ Check if this is an amended plan, and list below the sections of the plan that have been changed.
**3.2, 5.1**

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance                          12/17

### Part 1:  Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☐ Included | ☑ Not Included |

### Part 2:  Plan Payments and Length of Plan

**2.1    Length of Plan.**

The plan period shall be for a period of __**36**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2    Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __**$160.00**__ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☑ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

**PRR**
**P.O. Box 6048**
**Philadelphia MS 39350-0000**

APPENDIX D                                          Chapter 13 Plan                                         Page 1

| Debtor | **Anita Foster Rich** | Case number | **25-02656** |
|---|---|---|---|
|  | **LaWayne Darnelle Rich** |  |  |

Joint Debtor shall pay _____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

_____
_____
_____

**2.3   Income tax returns/refunds.**

*Check all that apply*

☑   Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐   Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐   Debtor(s) will treat income refunds as follows:
_____

**2.4 Additional payments.**
*Check one.*
☑   **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**Part 3:   Treatment of Secured Claims**

**3.1   Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*
☑   **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
*Insert additional claims as needed.*

**3.2   Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*.

☑   **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3   Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☑   **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4   Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*
☑   **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5   Surrender of collateral.**

*Check one.*
☐   **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
☑   The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| **Republic Finance** | **2015 Jeep Compass 164000 miles** |
| **Tower Loan** | **1996 Honda Accord, 2004 Dodge Durango** |
| **Tower Loan** | **Household Goods** |

*Insert additional claims as needed.*

**Mississippi Chapter 13 Plan**                                                                                                          Page 2

| | | | |
|---|---|---|---|
| Debtor | **Anita Foster Rich** <br> **LaWayne Darnelle Rich** | Case number | **25-02656** |

## Part 4: Treatment of Fees and Priority Claims

**4.1** **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2** **Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3** **Attorney's fees.**

☑ No look fee: __**4,600.00**__

Total attorney fee charged: $**4,600.00**

Attorney fee previously paid: $**777.00**

Attorney fee to be paid in plan per confirmation order: $**3,823.00**

☐ Hourly fee: $____. (Subject to approval of Fee Application.)

**4.4** **Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☑ **None.** If "None" is checked, the rest of § 4.4 need not be completed or reproduced.

**4.5** **Domestic support obligations.**

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1** **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☑ The sum of $ **7,369.76**
☐ ____% of the total amount of these claims, an estimated payment of $____
☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**6,659.70**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2** **Other separately classified nonpriority unsecured claims (special claimants).** *Check one*.

☑ **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

## Part 6: Executory Contracts and Unexpired Leases

**6.1** **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

| Debtor | **Anita Foster Rich** | Case number | **25-02656** |
|---|---|---|---|
| | **LaWayne Darnelle Rich** | | |

### Part 7: Vesting of Property of the Estate

**7.1** Property of the estate will vest in the debtor(s) upon entry of discharge.

### Part 8: Nonstandard Plan Provisions

**8.1** Check "None" or List Nonstandard Plan Provisions
  ✓ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

### Part 9: Signatures:

**9.1** Signatures of Debtor(s) and Debtor(s)' Attorney

*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

X **/s/ Anita Foster Rich**  
**Anita Foster Rich**  
Signature of Debtor 1

Executed on **November 24, 2025**

**526 Valley View Dr**  
Address  
**Philadelphia MS 39350-0000**  
City, State, and Zip Code

Telephone Number

X **/s/ LaWayne Darnelle Rich**  
**LaWayne Darnelle Rich**  
Signature of Debtor 2

Executed on **November 24, 2025**

**526 Valley View Dr**  
Address  
**Philadelphia MS 39350-0000**  
City, State, and Zip Code

Telephone Number

X **/s/ Thomas C. Rollins, Jr.**  
**Thomas C. Rollins, Jr. 103469**  
Signature of Attorney for Debtor(s)  
**P.O. Box 13767**  
**Jackson, MS 39236**  
Address, City, State, and Zip Code  
**601-500-5533**  
Telephone Number  
**trollins@therollinsfirm.com**  
Email Address

Date **November 24, 2025**

**103469 MS**  
MS Bar Number

## CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Modified Plan was forwarded on November 25, 2025, to:

By Electronic CM/ECF Notice:

    Standing Chapter 13 Case Trustee

    U.S. Trustee

                                                /s/ Thomas C. Rollins, Jr.
                                                Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-02656 |
|---|---|
| ANITA FOSTER RICH<br>LAWAYNE DARNELLE RICH | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 11/25/2025, I did cause a copy of the following documents, described below,

Notice and Modified Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/25/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>ANITA FOSTER RICH<br>LAWAYNE DARNELLE RICH | CASE NO: 25-02656<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 11/25/2025, a copy of the following documents, described below,

Notice and Modified Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/25/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
CASE INFO                                EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING         US BANKRUPTCY COURT                     ATT
NCRS ADDRESS DOWNLOAD                    THAD COCHRAN US COURTHOUSE              PO BOX 5087
CASE 25-02656                            501 E COURT STREET                      CAROL STREAM  IL 60197-5087
SOUTHERN DISTRICT OF MISSISSIPPI         SUITE 2300
TUE NOV 25 9-57-0 PST 2025               JACKSON  MS 39201-5036



AKINS  ADAMS                             BAPTIST                                 CAPITAL ONE
108 E JEFFERSON ST                       PO BOX 745336                           ATTN BANKRUPTCY
RIPLEY  MS 38663-2016                    ATLANTA  GA 30384-5336                  PO BOX 30285
                                                                                 SALT LAKE CITY  UT 84130-0285



CAPITAL ONE  NA                          CITI CARDBEST BUY                       COMENITY BANK
BY AIS INFOSOURCE LP AS AGENT            ATTN BANKRUPTCY                         ATTN BANKRUPTCY DEPT
4515 N SANTA FE AVE                      PO BOX 790040                           PO BOX 182125
OKLAHOMA CITY  OK 73118-7901             ST LOUIS  MO 63179-0040                 COLUMBUS  OH 43218-2125



DILLARDSCBNA                             FIRST NESHOBA FEDERAL CREDIT UNION      FST NESH FCU
PO BOX 6497                              POST OFFICE BOX 685                     P O BOX 685
SIOUX FALLS  SD 57117-6497               PHILADELPHIA  MS 39350-0685             PHILADELPHIA  MS 39350-0685



HOLLIS COBB ASSOCIATES                   JPMORGAN CHASE BANK  NA SBMT CHASE BANK JPMCB
4366 PARK DRIVE                          ROBERTSON  ANSCHUTZ  SCHNEID            MAILCODE LA47100
NORCROSS  GA 30093-2959                  CRANE  PARTNERS  PLLC                   700 KANSAS LANE
                                         6409 CONGRESS AVENUE  SUITE 100         MONROE  LA 71203-4774
                                         BOCA RATON  FL 33487-2853



(P)LABORATORY CORPORATION OF AMERICA     MARINER FINANCE                         NORTH MS HEALTH SERVIC
ATTN GOVERNMENT AUDITS                   ATTN BANKRUPTCY                         PO BOX 2240
PO BOX 2270                              8211 TOWN CENTER DRIVE                  TUPELO  MS 38803-2240
BURLINGTON NC 27216-2270                 NOTTINGHAM  MD 21236-5904



OCH REGIONAL MEDICAL C                   PROGRESSIVE                             REGIONS BANK
PO BOX 1506                              PO BOX 31260                            PO BOX 10063
STARKVILLE  MS 39760-1506                TAMPA  FL 33631-3260                    BIRMINGHAM  AL 35202-0063



RECEIVABLE MANAGEMENT                    REGIONS BANK                            (P)REPUBLIC FINANCE LLC
ATTN BANKRUPTCY                          ATTN BANKRUPTCY                         282 TOWER RD
240 EMERY STREET                         2050 PARKWAY OFFICE CI                  PONCHATOULA LA 70454-8318
BETHLEHEM  PA 18015-1980                 HOOVER  AL 35244-1805



EXCLUDE

(D)(P)REPUBLIC FINANCE LLC               SYNCHRONY BANKAMAZON                    SYNCHRONY BANKLOWES
282 TOWER RD                             ATTN BANKRUPTCY                         ATTN BANKRUPTCY
PONCHATOULA LA 70454-0310                PO BOX 965060                           PO BOX 965060
                                         ORLANDO  FL 32896-5060                  ORLANDO  FL 32896-5060
```

```
SYNCHRONY BANKSAMS                THE MEDICAL STORE                  (P)TOWER LOAN
ATTN BANKRUPTCY                   1911 14TH ST                       P O BOX 320001
PO BOX 965060                     MERIDIAN  MS 39301-4145            FLOWOOD MS 39232-0001
ORLANDO  FL 32896-5060


                                  EXCLUDE                            DEBTOR

UNITED RESOURCE SYSTEM            UNITED STATES TRUSTEE              ANITA FOSTER RICH
ATTN BANKRUPTCY                   501 EAST COURT STREET              526 VALLEY VIEW DR
3501 S TELLER ST                  SUITE 6 430                        PHILADELPHIA  MS 39350-2040
LAKEWOOD  CO 80235-2011           JACKSON  MS 39201-5022


EXCLUDE                                                              EXCLUDE

HAROLD J BARKLEY JR               LAWAYNE DARNELLE RICH              THOMAS CARL ROLLINS JR
PO BOX 4476                       526 VALLEY VIEW DR                 THE ROLLINS LAW FIRM  PLLC
JACKSON  MS 39296-4476            PHILADELPHIA  MS 39350-2040        PO BOX 13767
                                                                     JACKSON  MS 39236-3767
```