United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-02656-JAW
Anita Foster Rich Chapter 13
LaWayne Darnelle Rich
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: Jan 06, 2026      Form ID: n031      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anita Foster Rich, LaWayne Darnelle Rich, 526 Valley View Dr, Philadelphia, MS 39350-2040 |
| 5578800 | + | Akins & Adams, 108 E Jefferson St, Ripley, MS 38663-2016 |
| 5578802 | | Baptist, P.O. Box 745336, Atlanta, GA 30384-5336 |
| 5578807 | + | Fst Nesh Fcu, P O Box 685, Philadelphia, MS 39350-0685 |
| 5578808 | + | Hollis Cobb Associates, 4366 Park Drive, Norcross, GA 30093-2959 |
| 5578821 | + | The Medical Store, 1911 14th St, Meridian, MS 39301-4145 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5578801 | | Email/Text: g17768@att.com | Jan 06 2026 19:29:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5605199 | + | Email/Text: BNCnotices@dcmservices.com | Jan 06 2026 19:29:00 | Baptist Memorial Hospital, PO Box 1123, Minneapolis MN 55440-1123 |
| 5578803 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2026 19:40:33 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5589274 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 06 2026 19:40:28 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5578804 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2026 19:40:22 | Citi Card/Best Buy, Attn: Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5602842 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2026 19:40:22 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5578805 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2026 19:29:00 | Comenity Bank, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5578806 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2026 19:40:28 | Dillards/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5593395 | + | Email/Text: twells@fnfcu.org | Jan 06 2026 19:29:00 | First Neshoba Federal Credit Union, Post Office Box 685, Philadelphia, MS 39350-0685 |
| 5600192 | + | Email/Text: bankruptcy@towerloan.com | Jan 06 2026 19:29:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5597955 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 06 2026 19:29:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5585168 | + | Email/Text: RASEBN@raslg.com | Jan 06 2026 19:29:00 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA,, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5578809 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2026 | Form ID: n031 | Total Noticed: 37 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 06 2026 19:40:27 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5578810 | | Email/Text: govtaudits@labcorp.com | Jan 06 2026 19:29:00 | Lab Corp, P.O. Box 2240, Burlington, NC 27216 |
| 5578811 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 06 2026 19:29:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5578812 | + | Email/Text: business.services.tupelo@nmhs.net | Jan 06 2026 19:29:00 | North MS Health Servic, PO Box 2240, Tupelo, MS 38803-2240 |
| 5578813 | | Email/Text: lsizemore@och.org | Jan 06 2026 19:29:00 | OCH Regional Medical C, P.O. Box 1506, Starkville, MS 39760-1506 |
| 5578814 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jan 06 2026 19:29:00 | Progressive, P.O. Box 31260, Tampa, FL 33631-3260 |
| 5597451 | | Email/Text: bnc-quantum@quantum3group.com | Jan 06 2026 19:29:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5581172 | + | Email/Text: newbk@Regions.com | Jan 06 2026 19:29:00 | REGIONS BANK, PO BOX 10063, BIRMINGHAM, AL 35202-0063 |
| 5578817 | | Email/Text: bankruptcy@republicfinance.com | Jan 06 2026 19:29:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5593455 | | Email/Text: bankruptcy@republicfinance.com | Jan 06 2026 19:29:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5578815 | ^ | MEBN | Jan 06 2026 19:25:31 | Receivable Management, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 5578816 | + | Email/Text: newbk@Regions.com | Jan 06 2026 19:29:00 | Regions Bank, Attn: Bankruptcy, 2050 Parkway Office Ci, Hoover, AL 35244-1805 |
| 5606149 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 06 2026 19:40:27 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5578818 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 06 2026 19:40:26 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5578819 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 06 2026 19:40:27 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5578820 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 06 2026 19:40:22 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5578822 | | Email/Text: bankruptcy@towerloan.com | Jan 06 2026 19:29:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5600193 | + | Email/Text: bankruptcy@towerloan.com | Jan 06 2026 19:29:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5578823 | ^ | MEBN | Jan 06 2026 19:25:36 | United Resource System, Attn: Bankruptcy, 3501 S Teller St, Lakewood, CO 80235-2011 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5606944 | | Mariner Finance- 8110 Corporate Dr Nottingham, MD |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jan 06, 2026 | Form ID: n031 | Total Noticed: 37 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:

**Name** | **Email Address**

Harold J. Barkley, Jr.
HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Thomas Carl Rollins, Jr
on behalf of Joint Debtor LaWayne Darnelle Rich trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
on behalf of Debtor Anita Foster Rich trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−02656−JAW
**Chapter:** 13

**In re:**

Anita Foster Rich
526 Valley View Dr
Philadelphia, MS 39350

LaWayne Darnelle Rich
526 Valley View Dr
Philadelphia, MS 39350

### Notice of Entry of Order Confirming Plan

The Court entered an Order on 01/06/2026 (Dkt. # 22 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: January 6, 2026

Danny L. Miller, Clerk of Court