**UNITED STATES BANKRUPTCY COURT**
**Southern District of Mississippi**

**In RE: Lawayne D Rich**
**Anita F Rich**

**Case No. 25-02656**

**NOTICE OF CREDITOR ADDRESS CHANGE**

The creditors in the above entitled case do hereby request that the mailing address listed in the above stated case be changed;

FROM:
**Republic Finance**
**Attn: Bankruptcy**
**7031 Commerce Circle STE 100**
**Baton Rouge LA 70809-0000**

TO:
**Republic Finance, LLC**
**282 Tower Rd.**
**Ponchatoula, LA 70454**

Date: **September 22, 2026**

Ashley K Self
Creditor Signature